In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

NATIONAL BONDHOLDERS CORPORATION et al., Appellants; COMMERCIAL INVESTMENT TRUST CORPORATION et al., Respondents.

(Argued October 16, 1936; decided November 17, 1936.)

*Ralph Wolf, Edwin D. Hays, Solomon I. Sklar* and *James M. Grossman* for National Bondholders Corporation, appellant.

*J. Seymour Montgomery, Jr.,* and *John S. Montgomery* for Protective Committee for Unsecured Creditors of National Surety Company, appellant.

*Maxwell Brandwen, Irvine J. Shubert, Ambrose Doskow*
and *Mortimer B. Wolf* for Independent Committee for
National Surety Company Stockholders, appellant.

*Max D. Steuer, Phillip W. Haberman, Sr., Sol M.
Stroock, Harold F. Birnbaum* and *Sidney O. Friedman* for
Commercial Investment Trust Corporation, respondent.

*Edward F. Keenan* and *Samuel Boksenbom* for
Superintendent of Insurance, respondent.

*Thomas E. White* for Fidelity and Deposit Company of
Maryland, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
CROUCH, LOUGHRAN and FINCH, JJ.